# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:24-CV-00208-KDB-SCR

| | | |
|---|---|---|
| JASON ROBERT SHADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| DEPUY SYNTHES PRODUCTS, INC., | ) | |
| et. al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Susan P. McWilliams and Sara S. Svedberg]" (Doc. Nos. 8 & 9) filed September 25, 2024. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: September 25, 2024

Susan C. Rodriguez
United States Magistrate Judge